Access No: DA 7978        Order No: 9460748

# NTN DecisionPoint Plus
INSTANT RESIDENT SELECTION SYSTEM

Screened For: DA 7978 - Ivanhoe Duplexes
26-Jun-2013

**Applicant Information**

| | | |
|---|---|---|
| Myers, Stephanie J | SSN ***-**-5669 | Income $2,000 | Rent $500 |
| Redacted | DOB Redacted | Months at Residence 12 | |
| Temple, TX Red | | Months at Employment 12 | |

**Rental Recommendation** - Based on subscriber's employment, residency and applicant score acceptance criteria.

**Reject Applicant**      Rent to Income - Accept applicant
Score - Reject Applicant
See rejection letter for details

**Analysis Results**

| Rent to Income Multiple | Time at Residence | Time at Employment | Applicant Score |
|---|---|---|---|
| Exceeds Requirement | Exceeds Requirement | N/A | 52 |

Applicant Score based on analysis of tenant performance information, public records and credit report.

**Verification of Applicant Information**

| | |
|---|---|
| Applicant has credit report: | Confirmed |
| Applicant social security number matches credit report: | Confirmed |
| Applicant date of birth matches credit report: | Confirmed |
| Applicant current address matches credit report: | Not Confirmed |
| Applicant previous address matches credit report: | N/A |
| Report of Credit Fraud found: | No |

Acceptable (100-80)

Conditional (79-60)

Reject (59-00)

Additional Addresses    see NTN Tenant Performance Profile
  Redacted        Temple TX Red
      R    Austin TX Red
  Redacted       Round Rock TX Red

Additional Names (aliases)  see NTN Tenant Performance Profile

**Alert Messages**
Current Address - verify address with applicant

**Tenant Performance Information** see NTN Tenant Performance Profile
No Tenant Performance/Lease Violations

**Public Records** see NTN Tenant Performance Profile
  * **NO EXACT MATCH** - See name match records on NTN Tenant Performance Profile

**Custom Criteria Used in Calculating the Applicant Score**
Ignore negative educational loans if present
Ignore medical collections if present

End of NTN DecisionPoint

Exhibit 3
Page 1 of 11

# NTN Tenant Performance Profile

Screened For: DA 7978 - Ivanhoe Duplexes
26-Jun-2013

## Applicant Information

Myers, Stephanie J
Redacted
Temple TX R?ed

SSN ***-**-5669
DOB Redacted

Names Screened: Myers, Step*

Databases for Search: Dallas/San Antonio/Austin; San Antonio/Austin/Dallas

## Additional Addresses

Redacted , Temple TX Red
Redacted , Austin TX Red
Redacted Round Rock TX RRed

## Eviction Filing Data

All Civil Court Records are filed by NAME ONLY. This makes it impossible to be certain that the following filings involve your applicant. Please call the plaintiff listed for more information.

28-Dec-2006   Case Number: TARF00022822-JP04
Def: Myers, Stephen L
Pla: Chase Home Finance LLC  972-386-5040

5852 Arena Circle Fort Worth TX 76179
County: Tarrant

18-May-2010   Case Number: TAR-JP04-10-E0003116
Def: Myers, Stephen
Pla: Irene Lopez

05/27/2010-dflt Judg+
901 Reveille Fort Worth TX 76108
County: Tarrant

## Tenant Performance/Lease Violations

No Tenant Performance/Lease Violations Found

## Use of Applicant's SSN in Previous Screening

No Previous Use Found

## Landlord Identification

NTN suggests that this is the actual Property Owner for the address screened. NTN recommends that you contact them for a complete rental history on your applicant.

| Address Screened | Database Used | | |
|---|---|---|---|
| Redacted [765] | San Antonio/Austin/Dallas | No Landlord ID Found | |
| Redacted [787] | San Antonio/Austin/Dallas | | |
| Landlord: Ventana Oaks<br>Phone: 512-310-0108 | | Redacted<br>Date Verified:25-Jan-2011 | Austin, Red |
| Landlord: Ventana Oaks Apartments<br>Phone: 512-310-0108 | | R<br>Date Verified:11-Oct-2010 | Austin, Red |
| Landlord: Ventana Oaks Apts<br>Phone: 888-895-8974 | | R<br>Date Verified:15-Jul-2005 | Austin, Red |
| Landlord: Spraddle Creek Apartments<br>Phone: 512-310-0108 | | R<br>Date Verified:08-Apr-2005 | Austin, Red |
| Landlord: The Ranch Apts<br>Phone: 512-828-0555 | | Redacted<br>Date Verified:10-May-2004 | Austin, Red |
| Redacte [786] | San Antonio/Austin/Dallas | No Landlord ID Found | |

Exhibit 3
Page 2 of 11

# Experian Credit Report

701 Experian Parkway, PO Box 2002, Allen, TX, 75013, 888-397-3742

Screened For: DA 7978 - Ivanhoe Duplexes
Report Date: 26-Jun-2013

## Screened Information

Myers, Stephanie J     SSN ***-**-5669
Redacted               DOB Redacted
Temple TX Red

## Personal Information

STEPHANIE J MYERS                                    DOB: Redacted
Redacted        , TEMPLE TX RedR                     21-Sep-2011 to 13-Aug-2012
Redacted        , AUSTIN TX Red                      27-May-2009
Redacted        , ROUND ROCK TX Red                  28-Jun-2008 to 16-Aug-2008

## Summary

| | | | | | |
|---|---|---|---|---|---|
| Total Trades: | 3 | Historically 30: | 0 | Account Balance: | $6,336 |
| Current Trades: | 2 | Historically 60: | 0 | Monthly Payment: | $248 |
| Unrated Trades: | 0 | Historically 90+: | 0 | Amt Past Due: | $0 |
| Trades Now Past Due: | 0 | Inquiries: | 1 | Tradelines in Col: | $0 |
| Trades Now Negative: | 1 | Inq Last 6 Mos: | 0 | Collection Balance: | $220 |
| Hist Negative Trades: | 0 | Public Recs: | 0 | Total Collections: | $110 |
| High Credit | $230-8,018 | Collections: | 2 | Real Estate Balance: | $0 |

## Trade Lines

| Firm Name/ID<br>Account Number<br>Account Type<br>Status | Opened<br>Reported<br>Last Act | CredLim<br>HighCred<br>Bus Kind | Balance<br>PastDue<br>Owner | MoPmnt<br>MoRep<br>Terms | Pay Pattern | 30 | 60 | 90 |
|---|---|---|---|---|---|---|---|---|
| ALLY FINANCIAL/Redac<br>Redacted<br>Installment<br>Open<br>1-AsAgreed<br>AUTOMOBILE | 10-Feb-2012<br>03-Jun-2013<br>22-Apr-2013 | N/A<br>$8,018<br>FA | $6,048<br>N/A<br>JointContract | $209<br>17 | CCCCCCCCCCCC<br>CCCCC | 0 | 0 | 0 |
| KOHLS/CAPONE RReda<br><br>Revolving<br>Open<br>1-AsAgreed<br>CREDIT LIMIT: 300 | 11-Jul-2012<br>14-Jun-2013<br>06-Jun-2013 | $300<br>$230<br>DC | $178<br>N/A<br>Individual | $39<br>11 | CCCCCCCCCCC | 0 | 0 | 0 |

## Trade Lines in Collection

| Firm Name/ID<br>Account Number<br>Account Type<br>Status | Opened<br>Reported<br>Last Act | CredLim<br>HighCred<br>Bus Kind | Balance<br>PastDue<br>Owner | MoPmnt<br>MoRep<br>Terms | Pay Pattern | 30 | 60 | 90 |
|---|---|---|---|---|---|---|---|---|
| RJM ACQ LLC/Reda<br>Redacte<br>Installment<br>Closed<br>9-Collection | 27-Jan-2010<br>03-Apr-2011<br>---------- | N/A<br>$272<br>YZ | $0<br>N/A<br>Individual | N/A | B99999999999 | 0 | 0 | 0 |

PAID ACCOUNT/WAS A COLLECTION ACCOUNT, INSURANCE CLAIM OR GOVERNMENT CLAIM OR WAS TERMINATED FOR DEFAULT.
ORIGINAL CREDITOR: COMPASS BANK CHECKING ACCOUNT-
RECENT DELINQUENCY DATE(S): 03/11 ; 02/11

## Collections

| Creditor<br>Industry Code<br>Status<br>Narratives | Date Reported<br>Orig Amt Date<br>Date Assigned | Member Number<br>Account Number | Balance<br>Orig Amt |
|---|---|---|---|
| CREDIT MANAGEMENT LP<br><br>Closed | 16-Sep-2011<br>05-Jul-2011<br>05-Jul-2011 | Reda<br>Redact | $110<br>N/A |

Exhibit 3
Page 3 of 11

COLLECTION AGENCY ATTORNEY
ACCOUNT SERIOUSLY PAST DUE DATE/ACCOUNT ASSIGNED TO ATTORNEY, COLLECTION AGENCY, OR CREDIT GRANTORS
INTERNAL COLLECTION DEPARTMENT.
ORIGINAL CREDITOR: X-TREME TAN LLC
RECENT DELINQUENCY DATE(S): 09/11

| COUNTRY PLACE APARTMEN | 08-Oct-2008 | Redacted | N/A |
| | 03-Jul-2008 | | N/A |
| Closed | 03-Jul-2008 | | |
| LEASE | | | |

ACCOUNT SERIOUSLY PAST DUE DATE/ACCOUNT ASSIGNED TO ATTORNEY, COLLECTION AGENCY, OR CREDIT GRANTORS
INTERNAL COLLECTION DEPARTMENT.
ORIGINAL CREDITOR: COUNTRY PLACE APARTMENTS
RECENT DELINQUENCY DATE(S): 10/08

## Inquires

| Date | Subscriber Name | Subscriber # |
|---|---|---|
| 04-Feb-2012 | CREDCO | 3903978 |

## Alert Messages
0084 SSN MATCHES

## SCORING
626
(38) SERIOUS DELINQUENCY AND PUBLIC RECORD OR COLLECTION FILED.
(14) LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED.
(18) NUMBER OF ACCOUNTS DELINQUENT.
(10) PROPORTION OF BALANCE TO HIGH CREDIT ON BANK REVOLVING OR ALL REVOLVING ACCOUNTS.

Exhibit 3
Page 4 of 11

Access No: DA 7978          Order No: 9460749

# Statewide(instant) Criminal Search

Screened For: DA 7978 - Ivanhoe Duplexes
26-Jun-2013

**Applicant Information**
Myers, Stephanie J                         SSN XXX-XX-5669
Redacted                                   DOB Redacted
TEMPLE, TX RRe

Jurisdiction: Texas

| | |
|---|---|
| Name on File | STEPHANIE JO MYERS |
| Date of Birth | Redacted |
| Gender | Female |
| Race | White |
| Eye Color | Green |
| Hair Color | Brown |
| Height | 5' 07" |
| Weight | 142 lbs |
| Source Of Record | Texas Department of Public Safety |
| Match Type | Exact Name And DOB Match |

**Offense:** DRIVING WHILE INTOXICATED 2ND

| Case Number | Cause Number | Offense Level | File Date |
|---|---|---|---|
| 9203271937 | 11-01004-3 | MA | |
| Offense Date | Arrest Date | Charge Date | |
| Not Reported | 01/29/2011 | | |
| Disposition | Disposition Date | Fine | Court Fee |
| CONVICTED | 05/16/2011 | $4,000.00 | $417.00 |
| Offense County | Plea | Plea Date | Statute |
| | Guilty | | |

Offense Details
  Agency              TX2460500
  Citation            49.09 (A)
  Individual ID       Redac
  NCIC Code           2600
  Offense Code        54040010
  Prosecuting Agency  WILLIAMSON COUNTY (FLORENCE, TEXAS)
  Tracking Number     9203271937
  Transaction Number  19499629
  TRS TRN Code        A001
Arrest Details
  Arresting Agency    WILLIAMSON COUNTY (ROUND ROCK, TEXAS)
Court Details
  Court Name          WILLIAMSON COUNTY COURT AT LAW 3
  Probation Sentence  15 months
  Sentence Date       05/16/2011

**Offense:** DRIVING WHILE INTOXICATED

| Case Number | Cause Number | Offense Level | File Date |
|---|---|---|---|
| 9086875351 | 0605433 | MB | |
| Offense Date | Arrest Date | Charge Date | |
| 12/21/2005 | 12/21/2005 | | |
| Disposition | Disposition Date | Fine | Court Fee |
| CONVICTED | 06/05/2006 | $2,000.00 | $364.00 |
| Offense County | Plea | Plea Date | Statute |

Exhibit 3
Page 5 of 11

Guilty

**Offense Details**
Agency              TX2460500
Citation            49.04
Individual ID       Redact
NCIC Code           2599
Offense Code        54040009
Prosecuting Agency  WILLIAMSON COUNTY (FLORENCE, TEXAS)
Tracking Number     9086875351
Transaction Number  15076171
TRS TRN Code        A001

**Arrest Details**
Arresting Agency    WILLIAMSON COUNTY (ROUND ROCK, TEXAS)

**Court Details**
Court Name          WILLIAMSON COUNTY COURT AT LAW 3
Probation Sentence  15 months
Sentence Date       06/05/2006

---

Name on File        STEPHANIE JO MYERS
Date of Birth       Redacted
Gender              Female
Race                CAUCASIAN / WHITE
Height              5 FEET 07 INCHES
Weight              125 LBS
Address             Redacted              ROUND ROCK, TX Rea
Source Of Record    Travis TX, Misdemeanors
Match Type          Exact Name And DOB Match

**Offense:** ASSAULT CAUSES BODILY INJURY FAMILY VIOLENCE

| Case Number | Cause Number | Offense Level | File Date |
|---|---|---|---|
| C-1-CR-05-709604 | | | 10/20/2005 |
| Offense Date | Arrest Date | Charge Date | |
| 08/29/2005 | | | |
| Disposition | Disposition Date | Fine | Court Fee |
| DISMISSED | 07/31/2006 | $0.00 | $0.00 |
| Offense County | Plea | Plea Date | Statute |
| Travis | | | |

---

Name on File        Stephanie Jo Myers
Date of Birth       Redacted
Gender              Female
Race                White
Eye Color           Green
Hair Color          Brown
Height              67
Weight              142 lbs
Source Of Record    Williamson, Texas
Match Type          Exact Name And DOB Match

**Offense:** ASSAULT W/ BODILY INJURY

| Case Number | Cause Number | Offense Level | File Date |
|---|---|---|---|
| | | MA | 02/11/2004 |
| Offense Date | Arrest Date | Charge Date | |
| 05/20/2003 | 09/04/2003 | | |
| Disposition | Disposition Date | Fine | Court Fee |
| Dismissed - Other | 02/10/2005 | $0.00 | $0.00 |
| Offense County | Plea | Plea Date | Statute |
| Williamson | | | |

Exhibit 3
Page 6 of 11

Offense Details
  Arresting Agency     Williamson County Sheriff's Office
Court Details
  Court Name           3

| | |
|---|---|
| Name on File | Stephanie Jo Myers |
| Date of Birth | Redacted |
| Gender | Female |
| Race | White |
| Eye Color | Green |
| Hair Color | Brown |
| Height | 67 |
| Weight | 142 lbs |
| Source Of Record | Williamson, Texas |
| Match Type | Exact Name And DOB Match |

**Offense:** DRIVING WHILE INTOXICATED

| Case Number | Cause Number | Offense Level | File Date |
|---|---|---|---|
| | | MB | 01/24/2006 |
| Offense Date | Arrest Date | Charge Date | |
| 12/21/2005 | 12/21/2005 | | |
| Disposition | Disposition Date | Fine | Court Fee |
| Final Conviction - Fine Only | 06/05/2006 | $0.00 | $0.00 |
| Offense County | Plea | Plea Date | Statute |
| Williamson | | | |

Offense Details
  Arresting Agency     Round Rock Police Dept
Court Details
  Court Name           3

**Offense:** DRIVING WHILE INTOXICATED

| Case Number | Cause Number | Offense Level | File Date |
|---|---|---|---|
| | | MB | 10/15/2007 |
| Offense Date | Arrest Date | Charge Date | |
| 12/21/2005 | | | |
| Disposition | Disposition Date | Fine | Court Fee |
| Motion to Revoke Denied | 02/19/2008 | $0.00 | $0.00 |
| Offense County | Plea | Plea Date | Statute |
| Williamson | | | |

Court Details
  Court Name           3

| | |
|---|---|
| Name on File | Stephanie Jo Myers |
| Date of Birth | Redacted |
| Gender | Female |
| Race | White |
| Eye Color | Green |
| Hair Color | Brown |
| Height | 67 |
| Weight | 142 lbs |
| Source Of Record | Williamson, Texas |
| Match Type | Exact Name And DOB Match |

**Offense:** DRIVING WHILE INTOXICATED 2ND

| Case Number | Cause Number | Offense Level | File Date |
|---|---|---|---|
| | | MA | 02/15/2011 |
| Offense Date | Arrest Date | Charge Date | |
| 01/29/2011 | 01/29/2011 | | |
| Disposition | Disposition Date | Fine | Court Fee |

Exhibit 3
Page 7 of 11

| | | | |
|---|---|---|---|
| Final Conviction - Formal Probation | 05/16/2011 | $0.00 | $0.00 |
| Offense County | Plea | Plea Date | Statute |
| Williamson | | | |

Offense Details
  Arresting Agency    Round Rock Police Dept
Court Details
  Court Name         3

**Offense:** DRIVING WHILE INTOXICATED 2ND

| Case Number | Cause Number | Offense Level | File Date |
|---|---|---|---|
| | | MA | 02/15/2011 |
| Offense Date | Arrest Date | Charge Date | |
| 01/29/2011 | 01/29/2011 | | |
| Disposition | Disposition Date | Fine | Court Fee |
| | | $0.00 | $0.00 |
| Offense County | Plea | Plea Date | Statute |
| Williamson | | | |

Offense Details
  Arresting Agency    Round Rock Police Dept
Court Details
  Court Name         3

Exhibit 3
Page 8 of 11

Access No: DA 7978      Order No: 9460750

# OFAC Search

Screened For: DA 7978 - Ivanhoe Duplexes
26-Jun-2013

**Applicant Information**
Myers, Stephanie J
Redacted
TEMPLE, TX R te

SSN  XXX-XX-5669
DOB  Redacted

NO RECORDS FOUND ON THIS SUBJECT

**Criminal Report Disclaimer**
This criminal background check is based upon limited identification information, i.e. name and/or birth date, etc. Because of this, absolute certainty that this check applies to the individual being screened is not possible. Caution is urged even when this check produces an accurate match. The data relied on for this criminal search was obtained from State Agencies and are updated through the Dru Sojdin data feed. Terrorist search results are obtained from the Federal Office of Foreign Asset Control and various State Agencies. These Agencies AND NTN URGE YOU to independently VERIFY all criminal background information prior to using the data. To verify terrorist matches contact the Federal Office of Foreign Asset Control at 202-622-2490. Additional information and verification can be obtained from the local law enforcement agency where the offender resides. No responsibility is accepted by NTN for errors in State records.

VERIFY ALL DATA

Exhibit 3
Page 9 of 11

26-Jun-2013

Stephanie J Myers
Redacted
Temple TX Reda

Dear APPLICANT:

Thank you for your recent application. The details on your application were carefully verified. Our uniform credit criteria was applied to the results of our investigation. Also evaluated was whether or not your income was sufficient, in light of your other debt, to meet the additional rental obligation. Based on information we have in our file, we have DENIED your application for the following reason(s):

Credit Report
Applicant does not meet subscribers acceptance criteria

The agency below provided us with information that may have influenced our decision.

Experian P.O. Box 2002 Allen, TX, 75013, 888-397-3742

However, the Agency did not make the decision and is unable to explain to you why the decision was made. According to the Fair Credit Reporting Act, you have the right to know what information was reported to us. You have the right to obtain a free copy of your credit report from the Agency above within sixty days. You have the right to dispute, directly with the Agency identified, the accuracy or completeness of the information contained in your file. The Agency must, within a reasonable period, reinvestigate. It must then remove or modify inaccurate information. The Agency may not charge a fee for the reinvestigation. If the reinvestigation does not resolve the dispute to your satisfaction you may send a statement to the Agency to be kept in your file explaining why you think the record is inaccurate. The Agency must include the statement, or a clear summary of your statement, in future reports.

We also obtained your credit score from this credit reporting agency and used it in making our credit decision. Your credit score is a number that reflects the information in your consumer report. Your credit score can change, depending on how the information in your consumer report changes.

Your credit Score: 626
Date: 26-Jun-2013
Score ranges from a low of 300 to a high of 850

Key factors that adversely affected your credit score:
(38) serious delinquency and public record or collection filed.
(14) length of time accounts have been established.
(18) number of accounts delinquent.
(10) proportion of balance to high credit on bank revolving or all revolving accounts.

If you have any questions regarding your credit score, you should contact:

Exhibit 3
Page 10 of 11

Experian P.O. Box 2002 Allen, TX, 75013, 888-397-3742

We obtained this information through:
NTN - Dallas - PO Box 3058 Canyon Lake, TX 78113 Tel. 800.801.1371

If we have based our decision on reasons provided to us by a person other than the Agency listed above, you have the right to obtain a disclosure of the nature of the information provided to us by making a written request within sixty days.

Thank you for your interest in renting with us.

Yours Truly,

Exhibit 3
Page 11 of 11