

**NATIONAL TENANT NETWORK**

National Tenant Network
P.O. Box 3058
Canyon Lake, TX 78133

November 25, 2013

Stephanie J Myers
Redacted
Temple, TX Redac

RE: Consumer Disclosure Request

Stephanie,

We have received your request for a copy of your consumer profile that was provided to AIM Properties on June 26, 2013. I have enclosed the entire report with this letter. Also, per your phone request on November 25, 2013, I pulled a current eviction and criminal report on you, but there were no new entries.

For more current consumer credit profile information, simply go to www.annualcreditreport.com and pull a report from all three credit bureaus. You may do this for free, once every 12 months.

If you would like to discuss this with me, reply by e-mail to stacy@ntnonline.com or call me at 1-800-801-1371 x5. I stand ready to assist you in any way possible.

Sincerely,

Stacy Howell
Executive Accounts Manager

P.O. Box 3058
Canyon Lake, Texas 78133
P:1.800.801.1371 F: 1.800.801.3540
www.ntnonline.com

Exhibit 4
Page 1 of 12

Access No: DA 7978     Order No: 9460748

# NTN DecisionPoint Plus
INSTANT RESIDENT SELECTION SYSTEM

Screened For: DA 7978 - Ivanhoe Duplexes
26-Jun-2013

## Applicant Information

Myers, Stephanie J
Redacted
Temple, TX Redac

SSN ***-**-5669
DOB Redacted

Income $2,000
Months at Residence   12
Months at Employment  12

Rent   $500

## Rental Recommendation
- Based on subscriber's employment, residency and applicant score acceptance criteria.

**Reject Applicant**

Rent to Income - Accept applicant
Score - Reject Applicant
See rejection letter for details

## Analysis Results

| Rent to Income Multiple Exceeds Requirement | Time at Residence Exceeds Requirement | Time at Employment N/A | Applicant Score 52 |
|---|---|---|---|

Applicant Score based on analysis of tenant performance information, public records and credit report.

## Verification of Applicant Information

| | |
|---|---|
| Applicant has credit report: | Confirmed |
| Applicant social security number matches credit report: | Confirmed |
| Applicant date of birth matches credit report: | Confirmed |
| Applicant current address matches credit report: | Not Confirmed |
| Applicant previous address matches credit report: | N/A |
| Report of Credit Fraud found: | No |

Acceptable (100-80)

Conditional (79-60)

Reject (59-00)

**Additional Addresses**   see NTN Tenant Performance Profile

Redacted    Temple TX Redac
Redacted    Austin TX Redac
Redacted    Round Rock TX Redac

**Additional Names (aliases)**   see NTN Tenant Performance Profile

## Alert Messages
Current Address - verify address with applicant

## Tenant Performance Information   see NTN Tenant Performance Profile
No Tenant Performance/Lease Violations

## Public Records   see NTN Tenant Performance Profile
* NO EXACT MATCH - See name match records on NTN Tenant Performance Profile

## Custom Criteria Used in Calculating the Applicant Score
Ignore negative educational loans if present
Ignore medical collections if present

End of NTN DecisionPoint

Exhibit 4
Page 2 of 12

# NTN Tenant Performance Profile

Screened For: DA 7978 - Ivanhoe Duplexes
26-Jun-2013

## Applicant Information

Myers, Stephanie J
Redacted
Temple TX Red
SSN \*\*\*-\*\*-5669
DOB Redacted

Names Screened: Myers, Step\*

Databases for Search: Dallas/San Antonio/Austin; San Antonio/Austin/Dallas

## Additional Addresses

Redacted, Temple TX Red
Redacted, Austin TX Red
Redacted Round Rock TX Red

## Eviction Filing Data

All Civil Court Records are filed by NAME ONLY. This makes it impossible to be certain that the following filings involve your applicant. Please call the plaintiff listed for more information.

28-Dec-2006   Case Number: TARF00022822-JP04
Def: Myers, Stephen L
Pla: Chase Home Finance LLC  972-386-5040
5852 Arena Circle Fort Worth TX 76179
County: Tarrant

18-May-2010   Case Number: TAR-JP04-10-E0003116
Def: Myers, Stephen
Pla: Irene Lopez
05/27/2010-dflt Judg+
901 Reveille Fort Worth TX 76108
County: Tarrant

## Tenant Performance/Lease Violations

No Tenant Performance/Lease Violations Found

## Use of Applicant's SSN in Previous Screening

No Previous Use Found

## Landlord Identification

NTN suggests that this is the actual Property Owner for the address screened. NTN recommends that you contact them for a complete rental history on your applicant.

| Address Screened | Database Used | |
|---|---|---|
| Redacted [765] | San Antonio/Austin/Dallas | No Landlord ID Found |
| Redacted [787] | San Antonio/Austin/Dallas | |
| Landlord: Ventana Oaks
Phone: 512-310-0108 | | Redacted  Austin, RRed
Date Verified: 25-Jan-2011 |
| Landlord: Ventana Oaks Apartments
Phone: 512-310-0108 | | Redacted  Austin, Red
Date Verified: 11-Oct-2010 |
| Landlord: Ventana Oaks Apts
Phone: 888-895-8974 | | Redacted  Austin, Red
Date Verified: 15-Jul-2005 |
| Landlord: Spraddle Creek Apartments
Phone: 512-310-0108 | | Redacted  Austin, Red
Date Verified: 08-Apr-2005 |
| Landlord: The Ranch Apts
Phone: 512-828-0555 | | Redacted  Austin, Red
Date Verified: 10-May-2004 |
| Redacte [786] | San Antonio/Austin/Dallas | No Landlord ID Found |

Exhibit 4
Page 3 of 12

# Experian Credit Report

701 Experian Parkway, PO Box 2002, Allen, TX, 75013, 888-397-3742

Screened For: DA 7978 - Ivanhoe Duplexes
Report Date: 26-Jun-2013

## Screened Information

Myers, Stephanie J  
Redacted  
Temple TX Red  

SSN ***-**-5669  
DOB Redacted

## Personal Information

STEPHANIE J MYERS  
Redacted , TEMPLE TX Red  
Redacted , AUSTIN TX Red  
Redacted , ROUND ROCK TX Red  

DOB: Redacted  
21-Sep-2011 to 13-Aug-2012  
27-May-2009  
28-Jun-2008 to 16-Aug-2008  

## Summary

| | | | | | |
|---|---|---|---|---|---|
| Total Trades: | 3 | Historically 30: | 0 | Account Balance: | $6,336 |
| Current Trades: | 2 | Historically 60: | 0 | Monthly Payment: | $248 |
| Unrated Trades: | 0 | Historically 90+: | 0 | Amt Past Due: | $0 |
| Trades Now Past Due: | 0 | Inquiries: | 1 | Tradelines in Col: | $0 |
| Trades Now Negative: | 1 | Inq Last 6 Mos: | 0 | Collection Balance: | $220 |
| Hist Negative Trades: | 0 | Public Recs: | 0 | Total Collections: | $110 |
| High Credit | $230-8,018 | Collections: | 2 | Real Estate Balance: | $0 |

## Trade Lines

| Firm Name/ID / Account Number / Account Type / Status | Opened Reported Last Act | CredLim HighCred Bus Kind | Balance PastDue Owner | MoPmnt MoRep Terms | Pay Pattern | 30 | 60 | 90 |
|---|---|---|---|---|---|---|---|---|
| ALLY FINANCIAL Reda Redacted Installment Open 1-AsAgreed AUTOMOBILE | 10-Feb-2012 03-Jun-2013 22-Apr-2013 | N/A $8,018 FA | $6,048 N/A JointContract | $209 17 | CCCCCCCCCCCC CCCCC | 0 | 0 | 0 |
| KOHLS/CAPONE Redac Revolving Open 1-AsAgreed CREDIT LIMIT: 300 | 11-Jul-2012 14-Jun-2013 06-Jun-2013 | $300 $230 DC | $178 N/A Individual | $39 11 | CCCCCCCCCC | 0 | 0 | 0 |

## Trade Lines in Collection

| Firm Name/ID / Account Number / Account Type / Status | Opened Reported Last Act | CredLim HighCred Bus Kind | Balance PastDue Owner | MoPmnt MoRep Terms | Pay Pattern | 30 | 60 | 90 |
|---|---|---|---|---|---|---|---|---|
| RJM ACQ LLC Reda Redact Installment Closed 9-Collection | 27-Jan-2010 03-Apr-2011 ----------- | N/A $272 YZ | $0 N/A Individual | N/A | B99999999999 | 0 | 0 | 0 |

PAID ACCOUNT/WAS A COLLECTION ACCOUNT, INSURANCE CLAIM OR GOVERNMENT CLAIM OR WAS TERMINATED FOR DEFAULT.  
ORIGINAL CREDITOR: COMPASS BANK CHECKING ACCOUNT-  
RECENT DELINQUENCY DATE(S): 03/11 ; 02/11

## Collections

| Creditor / Industry Code / Status / Narratives | Date Reported / Orig Amt Date / Date Assigned | Member Number / Account Number | Balance / Orig Amt |
|---|---|---|---|
| | | Redacted | |
| CREDIT MANAGEMENT LP Closed COLLECTION AGENCY ATTORNEY | 16-Sep-2011 05-Jul-2011 05-Jul-2011 | | $110 N/A ----------- |

Exhibit 4
Page 4 of 12

ACCOUNT SERIOUSLY PAST DUE DATE/ACCOUNT ASSIGNED TO ATTORNEY, COLLECTION AGENCY, OR CREDIT GRANTORS INTERNAL COLLECTION DEPARTMENT.
ORIGINAL CREDITOR: X-TREME TAN LLC
RECENT DELINQUENCY DATE(S): 09/11

| COUNTRY PLACE APARTMEN | 08-Oct-2008 | Redacted | N/A |
| | 03-Jul-2008 | | N/A |
| Closed | 03-Jul-2008 | | ---------- |
| LEASE | | | |

ACCOUNT SERIOUSLY PAST DUE DATE/ACCOUNT ASSIGNED TO ATTORNEY, COLLECTION AGENCY, OR CREDIT GRANTORS INTERNAL COLLECTION DEPARTMENT.
ORIGINAL CREDITOR: COUNTRY PLACE APARTMENTS
RECENT DELINQUENCY DATE(S): 10/08

## Inquires

| Date | Subscriber Name | Subscriber # |
|---|---|---|
| 04-Feb-2012 | CREDCO | 3903978 |

## Alert Messages
0084 SSN MATCHES

## SCORING
626
(38) SERIOUS DELINQUENCY AND PUBLIC RECORD OR COLLECTION FILED.
(14) LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED.
(18) NUMBER OF ACCOUNTS DELINQUENT.
(10) PROPORTION OF BALANCE TO HIGH CREDIT ON BANK REVOLVING OR ALL REVOLVING ACCOUNTS.

Exhibit 4
Page 5 of 12

26-Jun-2013

Stephanie J Myers
Redacted
Temple TX Reda

Dear APPLICANT:

Thank you for your recent application. The details on your application were carefully verified. Our uniform credit criteria was applied to the results of our investigation. Also evaluated was whether or not your income was sufficient, in light of your other debt, to meet the additional rental obligation. Based on information we have in our file, we have DENIED your application for the following reason(s):

Credit Report
Applicant does not meet subscribers acceptance criteria

The agency below provided us with information that may have influenced our decision.

Experian P.O. Box 2002 Allen, TX, 75013, 888-397-3742

However, the Agency did not make the decision and is unable to explain to you why the decision was made. According to the Fair Credit Reporting Act, you have the right to know what information was reported to us. You have the right to obtain a free copy of your credit report from the Agency above within sixty days. You have the right to dispute, directly with the Agency identified, the accuracy or completeness of the information contained in your file. The Agency must, within a reasonable period, reinvestigate. It must then remove or modify inaccurate information. The Agency may not charge a fee for the reinvestigation. If the reinvestigation does not resolve the dispute to your satisfaction you may send a statement to the Agency to be kept in your file explaining why you think the record is inaccurate. The Agency must include the statement, or a clear summary of your statement, in future reports.

We also obtained your credit score from this credit reporting agency and used it in making our credit decision. Your credit score is a number that reflects the information in your consumer report. Your credit score can change, depending on how the information in your consumer report changes.

Your credit Score: 626
Date: 26-Jun-2013
Score ranges from a low of 300 to a high of 850

Key factors that adversely affected your credit score:
(38) serious delinquency and public record or collection filed.
(14) length of time accounts have been established.
(18) number of accounts delinquent.
(10) proportion of balance to high credit on bank revolving or all revolving accounts.

If you have any questions regarding your credit score, you should contact:
Experian P.O. Box 2002 Allen, TX, 75013, 888-397-3742

We obtained this information through:
NTN - Dallas - PO Box 3058 Canyon Lake, TX 78113 Tel. 800.801.1371

If we have based our decision on reasons provided to us by a person other than the Agency listed above,

Exhibit 4
Page 6 of 12

you have the right to obtain a disclosure of the nature of the information provided to us by making a written request within sixty days.

Thank you for your interest in renting with us.

Yours Truly,

Exhibit 4
Page 7 of 12

Access No: DA 7978     Order No: 9460749

# Statewide(instant) Criminal Search

Screened For: DA 7978 - Ivanhoe Duplexes
26-Jun-2013

## Applicant Information

Myers, Stephanie J
Redacted
TEMPLE, TX Red

SSN XXX-XX-5669
DOB Redacted

Jurisdiction: Texas

| | |
|---|---|
| Name on File | STEPHANIE JO MYERS |
| Date of Birth | Redacted |
| Gender | Female |
| Race | White |
| Eye Color | Green |
| Hair Color | Brown |
| Height | 5' 07" |
| Weight | 142 lbs |
| Source Of Record | Texas Department of Public Safety |
| Match Type | Exact Name And DOB Match |

**Offense:** DRIVING WHILE INTOXICATED 2ND

| Case Number | Cause Number | Offense Level | File Date |
|---|---|---|---|
| 9203271937 | 11-01004-3 | MA | |
| Offense Date | Arrest Date | Charge Date | |
| Not Reported | 01/29/2011 | | |
| Disposition | Disposition Date | Fine | Court Fee |
| CONVICTED | 05/16/2011 | $4,000.00 | $417.00 |
| Offense County | Plea | Plea Date | Statute |
| | Guilty | | |

Offense Details
 Agency             TX2460500
 Citation           49.09 (A)
 Individual ID      Redact
 NCIC Code          2600
 Offense Code       54040010
 Prosecuting Agency WILLIAMSON COUNTY (FLORENCE, TEXAS)
 Tracking Number    9203271937
 Transaction Number 19499629
 TRS TRN Code       A001
Arrest Details
 Arresting Agency   WILLIAMSON COUNTY (ROUND ROCK, TEXAS)
Court Details
 Court Name         WILLIAMSON COUNTY COURT AT LAW 3
 Probation Sentence 15 months
 Sentence Date      05/16/2011

**Offense:** DRIVING WHILE INTOXICATED

| Case Number | Cause Number | Offense Level | File Date |
|---|---|---|---|
| 9086875351 | 0605433 | MB | |
| Offense Date | Arrest Date | Charge Date | |
| 12/21/2005 | 12/21/2005 | | |
| Disposition | Disposition Date | Fine | Court Fee |
| CONVICTED | 06/05/2006 | $2,000.00 | $364.00 |

Exhibit 4
Page 8 of 12

| Offense County | | Plea | Plea Date | Statute |
|---|---|---|---|---|
| | | Guilty | | |

**Offense Details**
- Agency: TX2460500
- Citation: 49.04
- Individual ID: Redact
- NCIC Code: 2599
- Offense Code: 54040009
- Prosecuting Agency: WILLIAMSON COUNTY (FLORENCE, TEXAS)
- Tracking Number: 9086875351
- Transaction Number: 15076171
- TRS TRN Code: A001

**Arrest Details**
- Arresting Agency: WILLIAMSON COUNTY (ROUND ROCK, TEXAS)

**Court Details**
- Court Name: WILLIAMSON COUNTY COURT AT LAW 3
- Probation Sentence: 15 months
- Sentence Date: 06/05/2006

---

- Name on File: STEPHANIE JO MYERS
- Date of Birth: Redacted
- Gender: Female
- Race: CAUCASIAN / WHITE
- Height: 5 FEET 07 INCHES
- Weight: 125 LBS
- Address: Redacted  ROUND ROCK, TX Red
- Source Of Record: Travis TX, Misdemeanors
- Match Type: Exact Name And DOB Match

**Offense:** ASSAULT CAUSES BODILY INJURY FAMILY VIOLENCE

| Case Number | Cause Number | Offense Level | File Date |
|---|---|---|---|
| C-1-CR-05-709604 | | | 10/20/2005 |
| Offense Date | Arrest Date | Charge Date | |
| 08/29/2005 | | | |
| Disposition | Disposition Date | Fine | Court Fee |
| DISMISSED | 07/31/2006 | $0.00 | $0.00 |
| Offense County | Plea | Plea Date | Statute |
| Travis | | | |

---

- Name on File: Stephanie Jo Myers
- Date of Birth: Redacted
- Gender: Female
- Race: White
- Eye Color: Green
- Hair Color: Brown
- Height: 67
- Weight: 142 lbs
- Source Of Record: Williamson, Texas
- Match Type: Exact Name And DOB Match

**Offense:** ASSAULT W/ BODILY INJURY

| Case Number | Cause Number | Offense Level | File Date |
|---|---|---|---|
| | | MA | 02/11/2004 |
| Offense Date | Arrest Date | Charge Date | |
| 05/20/2003 | 09/04/2003 | | |
| Disposition | Disposition Date | Fine | Court Fee |
| Dismissed - Other | 02/10/2005 | $0.00 | $0.00 |

Exhibit 4
Page 9 of 12

| Offense County | Plea | Plea Date | Statute |
|---|---|---|---|
| Williamson | | | |

**Offense Details**
Arresting Agency    Williamson County Sheriff's Office
**Court Details**
Court Name    3

| Name on File | Stephanie Jo Myers |
|---|---|
| Date of Birth | Redacted |
| Gender | Female |
| Race | White |
| Eye Color | Green |
| Hair Color | Brown |
| Height | 67 |
| Weight | 142 lbs |
| Source Of Record | Williamson, Texas |
| Match Type | Exact Name And DOB Match |

**Offense:** DRIVING WHILE INTOXICATED

| Case Number | Cause Number | Offense Level | File Date |
|---|---|---|---|
| | | MB | 01/24/2006 |

| Offense Date | Arrest Date | Charge Date | |
|---|---|---|---|
| 12/21/2005 | 12/21/2005 | | |
| Disposition | Disposition Date | Fine | Court Fee |
| Final Conviction - Fine Only | 06/05/2006 | $0.00 | $0.00 |
| Offense County | Plea | Plea Date | Statute |
| Williamson | | | |

**Offense Details**
Arresting Agency    Round Rock Police Dept
**Court Details**
Court Name    3

**Offense:** DRIVING WHILE INTOXICATED

| Case Number | Cause Number | Offense Level | File Date |
|---|---|---|---|
| | | MB | 10/15/2007 |

| Offense Date | Arrest Date | Charge Date | |
|---|---|---|---|
| 12/21/2005 | | | |
| Disposition | Disposition Date | Fine | Court Fee |
| Motion to Revoke Denied | 02/19/2008 | $0.00 | $0.00 |
| Offense County | Plea | Plea Date | Statute |
| Williamson | | | |

**Court Details**
Court Name    3

| Name on File | Stephanie Jo Myers |
|---|---|
| Date of Birth | Redacted |
| Gender | Female |
| Race | White |
| Eye Color | Green |
| Hair Color | Brown |
| Height | 67 |
| Weight | 142 lbs |
| Source Of Record | Williamson, Texas |
| Match Type | Exact Name And DOB Match |

**Offense:** DRIVING WHILE INTOXICATED 2ND

| Case Number | Cause Number | Offense Level | File Date |
|---|---|---|---|

Exhibit 4
Page 10 of 12

|  |  | MA | 02/15/2011 |
|---|---|---|---|
| Offense Date | Arrest Date | Charge Date | |
| 01/29/2011 | 01/29/2011 | | |
| Disposition | Disposition Date | Fine | Court Fee |
| Final Conviction - Formal Probation | 05/16/2011 | $0.00 | $0.00 |
| Offense County | Plea | Plea Date | Statute |
| Williamson | | | |

Offense Details
  Arresting Agency    Round Rock Police Dept
Court Details
  Court Name          3

**Offense:** DRIVING WHILE INTOXICATED 2ND

| Case Number | Cause Number | Offense Level | File Date |
|---|---|---|---|
| | | MA | 02/15/2011 |
| Offense Date | Arrest Date | Charge Date | |
| 01/29/2011 | 01/29/2011 | | |
| Disposition | Disposition Date | Fine | Court Fee |
| | | $0.00 | $0.00 |
| Offense County | Plea | Plea Date | Statute |
| Williamson | | | |

Offense Details
  Arresting Agency    Round Rock Police Dept
Court Details
  Court Name          3

Exhibit 4
Page 11 of 12

Access No: DA 7978     Order No: 9460750

# OFAC Search

Screened For: DA 7978 - Ivanhoe Duplexes
26-Jun-2013

**Applicant Information**
Myers, Stephanie J
Redacted
TEMPLE, TX Red

SSN XXX-XX-5669
DOB Redacted

NO RECORDS FOUND ON THIS SUBJECT

**Criminal Report Disclaimer**

This criminal background check is based upon limited identification information, i.e. name and/or birth date, etc. Because of this, absolute certainty that this check applies to the individual being screened is not possible. Caution is urged even when this check produces an accurate match. The data relied on for this criminal search was obtained from State Agencies and are updated through the Dru Sjodin data feed. Terrorist search results are obtained from the Federal Office of Foreign Asset Control and various State Agencies. These Agencies AND NTN URGE YOU to independently VERIFY all criminal background information prior to using the data. To verify terrorist matches contact the Federal Office of Foreign Asset Control at 202-622-2490. Additional information and verification can be obtained from the local law enforcement agency where the offender resides. No responsibility is accepted by NTN for errors in State records.

**VERIFY ALL DATA**

Exhibit 4
Page 12 of 12