UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

_____      Civil Case No. _____
_____
                                                                                    APPLICATION FOR SPECIAL
         **Plaintiff(s),**                                                  ADMISSION – *PRO HAC VICE*

                    v.

_____
_____

         **Defendant(s).**


         Attorney _____ requests special admission *pro hac vice* in

the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:**   I have read and understand the
requirements of LR 83-3, and certify that the following information is correct:

   **(1)     PERSONAL DATA:**

         Name: _____
                  *(Last Name)*              *(First Name)*                    *(MI)*        *(Suffix)*

         Firm or Business Affiliation: _____

         Mailing Address: _____

         City: _____ State: _____ Zip: _____

         Phone Number: _____ Fax Number: _____

         Business E-mail Address: _____

**(2) BAR ADMISSIONS INFORMATION:**

    **(a)** State bar admission(s), date(s) of admission, and bar ID number(s):

    _____

    _____

    _____

    **(b)** Other federal court admission(s), date(s) of admission, and bar ID number(s):

    _____

    _____

    _____

**(3) CERTIFICATION OF DISCIPLINARY ACTIONS:**

    **(a)** ☐ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    **(b)** ☐ I am now or have been subject to disciplinary action from a state or federal bar association.  (See attached letter of explanation.)

**(4) CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have a current professional liability insurance policy in the amount of $ _____ that will apply in this case, and that policy will remain in effect during the course of these proceedings.

**(5) REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

_____

_____

_____

_____

**(6)   CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this _____ day of _____, _____

_____
E. Michelle Drake
*(Signature of Pro Hac Counsel)*

_____
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this _____ day of _____, _____

_____
/s/ Steve D. Larson
*(Signature of Local Counsel)*

Name: _____
          *(Last Name)*                    *(First Name)*                  *(MI)*         *(Suffix)*

Oregon State Bar Number: _____

Firm or Business Affiliation: _____

Mailing Address: _____

City: _____   State: _____   Zip: _____

Phone Number: _____   Business E-mail Address: _____

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this _____ day of _____, _____

_____
Judge

---