**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

_____

_____

**Plaintiff(s),**

v.

_____

_____

**Defendant(s).**

**Civil Case No.** _____

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney _____ requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:**   I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

**(1)   PERSONAL DATA:**

Name: _____
         *(Last Name)*            *(First Name)*            *(MI)*      *(Suffix)*

Firm or Business Affiliation: _____

Mailing Address: _____

City: _____  State: _____  Zip: _____

Phone Number: _____  Fax Number: _____

Business E-mail Address: _____

**(2)   BAR ADMISSIONS INFORMATION:**

    **(a)**   State bar admission(s), date(s) of admission, and bar ID number(s):

    _____

    _____

    _____

    **(b)**   Other federal court admission(s), date(s) of admission, and bar ID number(s):

    _____

    _____

    _____

**(3)   CERTIFICATION OF DISCIPLINARY ACTIONS:**

    **(a)**   ☐   I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    **(b)**   ☐   I am now or have been subject to disciplinary action from a state or federal bar association.  (See attached letter of explanation.)

**(4)   CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have a current professional liability insurance policy in the amount of $ _____ that will apply in this case, and that policy will remain in effect during the course of these proceedings.

**(5)   REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

_____

_____

_____

_____

**(6)    CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this _____ day of _____, _____

/s/ Daniel C. Bryden
*(Signature of Pro Hac Counsel)*

_____
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this _____ day of _____, _____

/s/ Steve D. Larson
*(Signature of Local Counsel)*

Name: _____
       *(Last Name)*          *(First Name)*          *(MI)*     *(Suffix)*

Oregon State Bar Number: _____

Firm or Business Affiliation: _____

Mailing Address: _____

City: _____  State: _____  Zip: _____

Phone Number: _____  Business E-mail Address: _____

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this _____ day of _____, _____

_____
Judge

---