**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

_____

_____

**Plaintiff(s),**

**v.**

_____

_____

**Defendant(s).**

**Civil Case No.** _____

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney _____ requests special admission *pro hac vice* in

the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:**   I have read and understand the
requirements of LR 83-3, and certify that the following information is correct:

**(1)      PERSONAL DATA:**

Name: _____
           *(Last Name)*                        *(First Name)*                      *(MI)*          *(Suffix)*

Firm or Business Affiliation: _____

Mailing Address:        _____

City:_____ State: _____ Zip: _____

Phone Number: _____ Fax Number: _____

Business E-mail Address: _____

**(2)     BAR ADMISSIONS INFORMATION:**

**(a)**     State bar admission(s), date(s) of admission, and bar ID number(s):

_____

_____

_____

**(b)**     Other federal court admission(s), date(s) of admission, and bar ID number(s):

_____

_____

_____

**(3)     CERTIFICATION OF DISCIPLINARY ACTIONS:**

**(a)**     ☐     I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

**(b)**     ☐     I am now or have been subject to disciplinary action from a state or federal bar association.  (See attached letter of explanation.)

**(4)     CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have a current professional liability insurance policy in the amount of $ _____ that will apply in this case, and that policy will remain in effect during the course of these proceedings.

**(5)     REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

_____

_____

_____

_____

_____

**(6)**    **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this _____ day of _____, _____

E. Michelle Drake
_____
*(Signature of Pro Hac Counsel)*

_____
*(Typed Name)*

## CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this _____ day of _____, _____

/s/ Steve D. Larson
_____
*(Signature of Local Counsel)*

Name: _____
    *(Last Name)*                   *(First Name)*            *(MI)*       *(Suffix)*

Oregon State Bar Number: _____

Firm or Business Affiliation: _____

Mailing Address: _____

City: _____ State: _____ Zip: _____

Phone Number: _____ Business E-mail Address: _____

---

## COURT ACTION

---

☐ Application approved subject to payment of fees.

☐ Application denied.

**DATED** this _____ day of _____, _____

_____
Judge

---

**Attachment to E. Michelle Drake's Pro Hac Vice Application regarding Admissions**

| Court | Date Admitted | Good Standing? |
|---|---|---|
| Georgia Supreme Court | 1/4/2006 | Yes |
| Minnesota Supreme Court | 4/30/2007 | Yes |
| U.S.D.C. D. Minn. | 6/7/2007 | Yes |
| U.S.D.C. N.D. Ga. | 12/21/2007 | Yes |
| U.S.D.C. E.D. Wis. | 5/6/2011 | Yes |
| U.S.D.C. W.D. Tex. | 11/16/2011 | Yes |
| U.S. Court of Appeals for the First Circuit | 9/21/2011 | Yes |
| U.S. Court of Appeals for the Eighth Circuit | 2/1/2010 | Yes |