UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

STEPHANIE MYERS, individually and as a
representative of the Classes

    **Plaintiff(s),**

v.

NATIONAL TENANT NETWORK, INC., an Oregon
corporation

    **Defendant(s).**

Civil Case No. 3:14-cv-00327

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney Heidi Adams requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1)     **PERSONAL DATA:**

Name: Adams, Heidi
    (Last Name) (First Name) (MI) (Suffix)

Firm or Business Affiliation: Lewis Brisbois Bisgaard & Smith LLP

Mailing Address: 333 Bush Street, Suite 1100

City: San Francisco    State: CA    Zip: 94104

Phone Number: 415.362.2580    Fax Number: 415.434.0882

Business E-mail Address: Heidi.Adams@lewisbrisbois.com

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
California; 6/2002; SBN 219498

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
U.S.D.C. Cal. (Eastern District) 4/2005
U.S.D.C. Cal. (Central District) 5/2005

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Defendant National Tenant Network

**(6) CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this  16  day of  April , 2014

*(Signature of Pro Hac Counsel)*

Heidi Adams
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this  16  day of  April , 2014

/s/ John S. Poulos
*(Signature of Local Counsel)*

Name: Poulos                    John                              S
       *(Last Name)*            *(First Name)*                   *(MI)*    *(Suffix)*

Oregon State Bar Number: 112599
Firm or Business Affiliation: Lewis Brisbois Bisgaard & Smith LLP
Mailing Address: 2850 Gateway Oaks Drive, Suite 450
City: Sacramento                              State: CA        Zip: 95833
Phone Number: 916.564.5400        Business E-mail Address: John.Poulos@lewisbrisbois.com

---

## COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this _____ day of _____, _____

_____
Judge

---