UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

_____

       **Plaintiff(s),**

**v.**

_____

       **Defendant(s).**

Civil Case No. _____

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney _____ requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

    **(1)**    **PERSONAL DATA:**

        Name: _____
                *(Last Name)*        *(First Name)*        *(MI)*    *(Suffix)*

        Firm or Business Affiliation: _____

        Mailing Address: _____

        City: _____ State: _____ Zip: _____

        Phone Number: _____ Fax Number: _____

        Business E-mail Address: _____

**(2)   BAR ADMISSIONS INFORMATION:**

**(a)**   State bar admission(s), date(s) of admission, and bar ID number(s):

_____

_____

_____

**(b)**   Other federal court admission(s), date(s) of admission, and bar ID number(s):

_____

_____

_____

**(3)   CERTIFICATION OF DISCIPLINARY ACTIONS:**

**(a)**   ☐ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

**(b)**   ☐ I am now or have been subject to disciplinary action from a state or federal bar association.  (See attached letter of explanation.)

**(4)   CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)   REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

_____

_____

_____

_____

**(6)** **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this _____ day of _____, _____

　　　　　　　　　　　　　　　　　　　　/s/Megan D. Yelle
　　　　　　　　　　　　　　　　　　　*(Signature of Pro Hac Counsel)*

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this _____ day of _____, _____

　　　　　　　　　　　　　　　　　　　　/s/Steve D. Larson
　　　　　　　　　　　　　　　　　　　*(Signature of Local Counsel)*

Name: _____
　　　　*(Last Name)*　　　　　　　*(First Name)*　　　　　*(MI)*　　*(Suffix)*

Oregon State Bar Number: _____

Firm or Business Affiliation: _____

Mailing Address: _____

City: _____ State: _____ Zip: _____

Phone Number: _____ Business E-mail Address: _____

---

# COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this _____ day of _____, _____

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Judge