IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| STEPHANIE MYERS, as an individual and as a representative of the Classes, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | Case No. 5:14-cv-01072-RCL |
| NATIONAL TENANT NETWORK, INC. and N.T.N.D., Inc., | § § § | |
| Defendants. | § § | |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Stephanie Myers and Defendants National Tenant Network, Inc. and N.T.N.D., Inc. have reached a settlement in the above-captioned matter and intend to file a stipulation of dismissal with prejudice within thirty (30) days.

Respectfully submitted,

Dated: November 30, 2016

BERGER & MONTAGUE, P.C.

/s/John G. Albanese
E. Michelle Drake (MN Bar No.0387366)*
John G. Albanese (MN Bar No.0395882)**
43 SE Main Street, Suite 505
Minneapolis, MN  55414
Telephone:  612.594.5999
Fax:  612.584.4470
emdrake@bm.net
jalbanese@bm.net

*generally admitted in W.D. Texas
**admitted *pro hac vice*

DAVIS, CEDILLO & MENDOZA, INC.
Ricardo G. Cedillo, State Bar No. 04043600
Mark W. Kiehne, State Bar No. 24032627
McCombs Plaza, Suite 500
755 E. Mulberry Avenue

San Antonio, Texas 78212
Tel.: (210) 822-6666
Fax: (210) 822-1151
rcedillo@lawdcm.com
mkiehne@lawdcm.com

ATTORNEYS FOR PLAINTIFF

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 30, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Christopher Charles White
Lewis Brisbois Bisgaard Smith
Chris.White@lewisbrisbois.Com

Jason R. Jobe
Thompson, Coe, Cousins & Irons, LLP
Jjobe@thompsoncoe.Com

Pamela M. Ferguson
Lewis Brisbois Bisgaard & Smith LLP
Pamela.Ferguson@lewisbrisbois.Com

C. Dunham Biles
Lewis Brisbois Bisgaard & Smith, LLP
Dunham.Biles@lewisbrisbois.Com

John S. Poulos
Lewis Brisbois Bisgaard & Smith LLP
Jpoulos@lbbslaw.Com

Alison H. Moore
Thompson Coe Cousins & Irons, L.L.P.
Amoore@thompsoncoe.Com

I further certify that a true and correct copy is being served on the following non-ECF participant via U.S. mail.

Heidi Adams
Lewis Brisbois Bisgaard & Smith LLP
333 Bush Street, Suite 1100
San Francisco, CA 94104

/s/John Albanese
John Albanese